UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LIONSO SALINAS, | No. 2:15-cv-1943 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. SOBODASH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff filed his request on an outdated form that does not contain the certificate portion that must be completed and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). In addition, plaintiff's trust account statement is not certified by prison officials. Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis, along with a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with the in forma pauperis application used by this court; and

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application, and a certified copy of his inmate trust account statement. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 29, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sali1943.3c

2